UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VIRGINIA ALCALA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-00006-AGD |
| | § | |
| BOSCO AUTO GROUP, | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

Pursuant to the court's Memorandum Opinion & Order, the court hereby issues its Final Judgment, effective upon entry.

It is therefore **ORDERED** that *pro se* Plaintiff Virgina Alcala's claims against Defendant Bosco Auto Group are **DISMISSED WITH PREJUDICE**. All relief not previously granted is hereby **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 20th day of March, 2025.

AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE